UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE ROBINSON,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>JAMES BACA, et al.,  )<br>)<br>Defendant.  )<br>_____) | 3:08-CV-0389-HDM (VPC)<br><br>**MINUTES OF THE COURT**<br><br>July 14, 2010 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file confidential documents in support of defendants' motion for summary judgment under seal (#34). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion for leave to file confidential documents in support of defendants' motion for summary judgment under seal (#34) is **GRANTED**. The documents (#35) are filed and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk.