```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

         JUL 2 6 2010

   CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE ROBINSON, | 3:08-CV-0389-HDM (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 26, 2010 |
| JAMES BACA, et al., | |
| Defendant. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Defendants' motion for an extension of time (#47/48) is **GRANTED**. Defendants shall have to and including **August 6, 2010** to file a reply to opposition to motion for summary judgment and to file an opposition to motion for order directing Attorney General's Office to file medical records under seal.

    **IT IS SO ORDERED.**

                                   LANCE S. WILSON, CLERK

                            By:   /s/
                                Deputy Clerk.