AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****   DISTRICT OF   NEVADA

JERMAINE ROBINSON,

      Plaintiff,

V.

JAMES BACA, et al,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-CV-00389-HDM-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment [36] is GRANTED.

September 15, 2010                                                     **LANCE S. WILSON**
    Date                                                                          Clerk

                                                                                   /s/   M. Campbell
                                                                                       Deputy Clerk