1
2
3
4
5
6
7
8
9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11

12  JERMAINE ROBINSON,                )        3:08-cv-00389-HDM-VPC
                                      )
13                 Plaintiff,         )
                                      )        ORDER
14  vs.                               )
                                      )
15  JAMES BACA, et al.,               )
                                      )
16                 Defendants.        )
    _____   )
17
         The plaintiff has filed objections to the report and
18
    recommendation of the United States Magistrate Judge (#58), which
19
    were received by the court after it filed its order adopting the
20
    report and recommendation.  The court has considered the
21
    plaintiff's objections, and hereby reaffirms its order adopting and
22
    accepting the magistrate judge's report and recommendation.  The
23
    court notes the following in response to the plaintiff's
24
    objections.
25
         First, plaintiff asserts that the report and recommendation
26
    contains erroneous statements.  Those statements identified by the
27
    plaintiff were not material to the court's determination.
28

                                      1

1    Second, plaintiff asserts a factual dispute exists as to

2  whether he was treated weekly after his injury.  Whether plaintiff

3  was treated weekly was not material to the court's determination.

4  Instead, the court's finding that defendants did not exhibit

5  deliberate indifference to plaintiff's serious medical needs was

6  based the frequent treatment of plaintiff's injury, not necessarily

7  on its weekly occurrence.

8    Third, the plaintiff asserts that the magistrate judge makes

9  findings of fact with respect to his Equal Protection claim.  The

10  plaintiff does not identify what findings of fact were made, nor

11  can the court ascertain any from the report. Rather, the magistrate

12  judge simply recommends *sua sponte* dismissal of this cause of

13  action for failure to state a claim.

14    Fourth, with respect to his state law claims plaintiff asserts

15  that the court should either exercise supplemental jurisdiction or

16  remand them to state court.  The court reaffirms its decision

17  declining to exercise supplemental jurisdiction over the state law

18  claims.  Moreover, as this case was originally filed in federal

19  court, the state causes of action cannot be remanded to the state

20  court.

21    Fifth, plaintiff asserts the magistrate judge did not address

22  his Fed. R. Civ. P. 56(f) argument.  While true, the court did

23  address this aspect of plaintiff's opposition in its order adopting

24  the report and recommendation.

25    Finally, the plaintiff asserts that the magistrate judge

26  failed to address the immunity arguments.  The report and

27  recommendation does address Eleventh Amendment immunity, and the

28  court is not required to reach qualified immunity as plaintiff has

1  not proven a constitutional violation.

2       The remainder of plaintiff's objections are vague and

3  conclusory, especially regarding his conspiracy claim.

4  Accordingly, after fully considering the plaintiff's objections and

5  considering the pleadings and memoranda of the parties and other

6  relevant matters of record in accordance with the requirements of

7  28 U.S.C. § 636 and applicable law, the court hereby reaffirms its

8  order dated September 15, 2010 (#59) adopting and accepting the

9  report and recommendation of the United States Magistrate Judge.

10      **IT IS SO ORDERED.**

11      DATED: This 20th day of September, 2010.

_Howard D McKibben_
_____
UNITED STATES DISTRICT JUDGE